Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

TyQashia Sellers

versus

United States of America

§ § § § § § § §

CIVIL ACTION NO. 4:25cv1146

United States Courts
Southern District of Texas
FILED
3/07/2025
Nathan Ochsner, Clerk of Court

ORIGINAL COMPLAINT

I'm filing a complaint because United States have shown hideous action towards me. They treated me like a God and I'm not one. I need to charge ~~Joe Biden~~ and ~~Leamon Harris~~. They tortured and sacrifice me. It's unlawful and childish and I need a caregiver now. I am blind and very ill, disabled. I need help I am ill. They keep taking all my money and won't let me work. They keep harassing me but it sounds sexual. The court has it's jurisdiction because I'm a citizen and they won't stop. They definitely killed me and won't stop. This has been going on for 8 years. They will not leave me alone. They captivate my mind with all kinds of things, people, and everything. Their all ahdman. I need my relief. Everyday they left me feeling dead and strung out on drugs. They made me partially blind. They human trafficked me. Never take my side. It's so sad. They keep picking at me. in tongue. It's so humiliating. I need 990,000,000,000 in

1